1   **Cara R. Burns (SBN: 137557)**
**Hicks, Mims, Kaplan & Burns**
2   **3250 Ocean Park Blvd, Suite 350**
**Santa Monica, California  90405**
3   **Telephone:      (310) 314-1721**
**Facsimile:      (310) 314-1725**
4   **cburns@hmkblawyers.com**

5

**Attorneys for Plaintiff,**
6   **BRAVADO INTERNATIONAL GROUP**
**MERCHANDISING SERVICES, INC.**
7

8

9                     **UNITED STATES DISTRICT COURT**

10                    **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| **BRAVADO INTERNATIONAL GROUP** ) | **Case No. 2:10-CIV- 01722 JAM GGH** |
| **MERCHANDISING SERVICES, INC.,** ) | |
| ) | **ORDER FOR EXONERATION OF** |
| **Plaintiff,** ) | **CASH BOND AND DISPOSITION** |
| ) | **OF SEIZED GOODS** |
| **v.** ) | |
| ) | |
| **JOHN DOES 1-100, JANE DOES 1-100 AND** ) | |
| **XYZ COMPANY,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

18

19        Plaintiff having dismissed the above entitled action without prejudice pursuant to Federal Rules

20   of Civil Procedure, Rule 41 (a), and no defendants having appeared by answer or otherwise, and good

21   cause appearing,

22        **IT IS HEREBY**

23        **ORDERED,** that the cash Bond posted by Plaintiff's counsel in the amount of  Five Thousand

24   Dollars ($5,000) shall be and hereby is exonerated, and shall be released to counsel for the Plaintiff,

25

26   and it is further

27        **ORDERED**, that the clerk shall send the released Bond to Plaintiff's counsel in the form of a

28   check made payable to counsel for Plaintiff and sent to the address listed above.

**Hicks, Mims,**
**Kaplan, and Burns**
**Attorneys at Law**

[Proposed] Request for Exoneration of Bond, etc.

1    **ORDERED,** that Plaintiff is authorized to destroy or otherwise dispose of all infringing

2    merchandise.

3         **IT IS SO ORDERED.**

4
     Dated: September 22, 2010
5
     At: 11:20 a. m.
6

7

8

9                                         /s/ John A. Mendez
                                          **THE HONORABLE JOHN A. MENDEZ**
10                                        **UNITED STATES DISTRICT COURT**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Hicks, Mims,**
**Kaplan & Burns**
Attorneys at Law

-2-                    [Proposed] Request for Exoneration of Bond, etc.