UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., </br></br>     Plaintiff, </br></br>   v. </br></br> JOHN DOES 1-100, JANES DOES 1-100 AND XYZ COMPANY, </br></br>     Defendants. | Case No. 2:10-CV-01722 JAM-GGH </br></br></br></br></br></br></br></br></br></br> RELATED CASE ORDER |
| F.E.A., INC., </br></br>     Plaintiff, </br></br>   v. </br></br> JOHN DOE, ET AL., </br></br>     Defendants. | </br></br></br></br> Case No. 2:11-CV-01329 GEB-DAD |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

PDF created with pdfFactory trial version www.pdffactory.com

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

    IT IS THEREFORE ORDERED that the action denominated 2:11-CV-01329 GEB-DAD be reassigned to Judge John A. Mendez and Magistrate Judge Gregory G. Hollows for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:11-CV-01329-JAM-GGH.

    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

Dated: May 18, 2011.

                              /s/ John A. Mendez_____
                              JOHN A. MENDEZ
                              United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com