1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., | ) ) ) | Case No. 2:10-CV-01722-JAM-GGH |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JOHN DOES 1-100, JANE DOES 1-100 AND XYZ COMPANY, | ) ) ) | |
| Defendants. | ) ) | <u>RELATED CASE ORDER</u> |
| F.E.A., INC., | ) ) | |
| Plaintiff, | ) ) ) | Case No. 2:11-CV-01329-JAM-GGH |
| v. | ) ) | |
| JOHN DOE, ET AL., | ) ) | |
| Defendants. | ) ) | |
| F.E.A., INC., | ) ) | Case No. 2:11-CV-1562-MCE-EFB |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JOHN DOES 1-100, JANE DOES 1-100 and XYZ COMPANY, | ) ) ) | |
| Defendants. | ) | |

1    Examination of the above-entitled actions reveals that these
2 actions are related within the meaning of Local Rule 123 (E.D. Cal.
3 2005).  Accordingly, the assignment of the matters to the same
4 judge and magistrate judge is likely to affect a substantial
5 savings of judicial effort and is also likely to be convenient for
6 the parties.
7    The parties should be aware that relating the cases under
8 Local Rule 123 merely has the result that these actions are
9 assigned to the same judge and magistrate judge; no consolidation
10 of the actions is effected.  Under the regular practice of this
11 court, related cases are generally assigned to the judge and
12 magistrate judge to whom the first filed action was assigned.
13    IT IS THEREFORE ORDERED that the action denominated
14 2:11-CV-1562-MCE-EFB  be reassigned to Judge John A. Mendez and
15 Magistrate Judge Gregory G. Hollows for all further proceedings,
16 and any dates currently set in this reassigned case <u>only</u> are hereby
17 VACATED.  Henceforth, the caption on documents filed in the
18 reassigned case shall be shown as 2:11-CV-1562-JAM-GGH.
19    IT IS FURTHER ORDERED that the Clerk of the Court make
20 appropriate adjustment in the assignment of civil cases to
21 compensate for this reassignment.
22    IT IS SO ORDERED.
23 Dated:  June 10, 2011.              /s/ John A. Mendez
24                                     JOHN A. MENDEZ
                                       United States District Judge
25
26
27
28